■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT C. HINTON, JR., Appellant, v HAROLD GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. (Appeal No. 2.) [885 NYS2d 664]—Appeal from an order of the Supreme Court, Cayuga County (Thomas G. Leone, A.J.), entered June 15, 2007. The order denied the motion of petitioner for leave to reargue.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *People ex rel. Hinton v Graham* (66 AD3d 1402 [2009]). Present—Scudder, P.J., Martoche, Peradotto, Carni and Gorski, JJ.